**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,      :    No. 634 EAL 2019

           Respondent      :

                              :    Petition for Allowance of Appeal

                              :    from the Order of the Superior Court

           v.                     :

                              :

WILLIAM  MASON,               :

                              :

           Petitioner      :

## ORDER

**PER CURIAM**

      **AND NOW**, this 5th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.